IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**SAMUEL "TONY" PUMPHREY**     **Plaintiff**

**v.**     **Civil No. 3:23cv299-MPM-RP**

**TRIAD LIFE SCIENCES INC. and**
**CONVATEC TRIAL LIFE SCIENCES, LLC**     **Defendants**

### ORDER

Before the Court is Defendants' Unopposed Motion to Enter *Coinbase* Stay Pending Appeal, (Dkt. # 44), requesting entry of an order staying further proceedings in this Court while Defendants' appeal of the Court's order denying their motion to compel arbitration is pending (Dkt. # 39). In accordance with *Coinbase, Inc. v. Bielski*, 599 U.S. 736 (2023) and for good cause shown, the motion to stay is **GRANTED**. All current pretrial deadlines are **CONTINUED** and further proceedings are **STAYED** pending the resolution of Defendants' appeal.

SO ORDERED, this the 23rd day of January, 2024.

                                     /s/ Michael P. Mills
                                     U.S. DISTRICT JUDGE
                                     NORTHERN DISTRICT OF MISSISSIPPI